IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HUGH ROYAL EPPS,

    Plaintiff,

v.    Civil Action No. 3:17CV646–HEH

UNITED STATES OF AMERICA,

    Defendant.

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

Plaintiff, a federal inmate proceeding *pro se* and *in forma pauperis*, filed this civil action. By Memorandum Opinion and Order entered on April 19, 2018 (ECF No. 14), the Court directed Plaintiff to file a particularized complaint because Plaintiff failed to identify under what federal law he sought to bring his claims. After an extension, Plaintiff filed a Particularized Complaint. However, this Particularized Complaint was also deficient. Accordingly, by Memorandum Order entered on August 3, 2018, the Court directed Plaintiff, within fourteen (14) days of the date of entry thereof, to file a second particularized complaint that complied with certain directives. (ECF No. 19, at 1–3.) The Court warned Plaintiff that the failure to submit the second particularized complaint would result in the dismissal of the action. (*Id.* at 2.)

More than fourteen (14) days have elapsed since the entry of the August 3, 2018 Memorandum Order. Plaintiff has failed to submit a second particularized complaint or

otherwise respond to the August 3, 2018 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: Aug 31, 2018
Richmond, Virginia